UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREGORY A. BRAKE, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV1879 JCH |
| ) | |
| RESER'S FINE FOODS, INC., et al., ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

This matter is before the Court upon its review of the record. This case was removed to this Court on December 5, 2008. On May 4, 2009, this Court ordered Plaintiff to serve Mire Said; Jemal Abdella; John Doe Driver; John Doe Cab Co.; John Doe Cab Co. Owner #2; John Doe Insurance Company #1 and John Doe Insurance Company #2. Since then, Plaintiff identified John Doe Cab Co. as Muna Cab Co., LLC[1] and John Doe Cab Company Owner #2 as Adil Suliman a/k/a Adil el Sharif[2] (Doc. No. 40). Plaintiff served Defendant Muna Cab Company, LLC with the Third Amended Complaint (Doc. No. 49). Plaintiff filed a Fourth Amended Complaint (Doc. No. 52), which names as defendants Mire Said, John Doe Driver, Jemal Abdella, Adil Suliman, John Doe Insurance Company #1 and John Doe Insurance Company #2, but Plaintiff has not filed returns of service for those defendants at any time during this litigation.

---

[1] Plaintiff later substituted as a party defendant Muna Cap, ASMT Inc. in place of Muna Cab Company, LLC (Doc. No. 51).

[2] A summons was issued to Adil Suliman a/k/a Adil el Sharif on May 28, 2009 (Doc. No. 44), but no return of service has been filed to date.

Accordingly,

Upon consideration, the Court will schedule a status conference in this matter. The telephone conference will be held on Tuesday, July 28, 2009, at 11:00 a.m. Plaintiff will initiate the telephone conference.

Accordingly,

**IT IS HEREBY ORDERED** that a status conference in this matter will be held on Tuesday, July 28, 2009, at 11:00 a.m. Plaintiff will initiate the telephone conference.

Dated this 20th day of July, 2009.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE