UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREGORY A. BRAKE, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:08CV1879 JCH |
| RESER'S FINE FOODS, INC., et al., | ) |
| Defendant(s). | ) |

## ORDER

This matter is before the Court upon its review of the record. On July 28, 2009, the Court afforded Plaintiff an additional thirty (30) days to serve the unserved defendants. Specifically, Plaintiff was to serve defendants Mire Said, John Doe Driver, Jemal Abdella, Adil Suliman, John Doe Insurance Company #1 and John Doe Insurance Company #2. To date, Plaintiff has not served these defendants. During a conference call today, Plaintiff requested additional time to serve Adil Suliman. The Court hereby grants Plaintiff's request for additional time to serve Adil Suliman, but dismisses all remaining unserved defendants.

Accordingly,

**IT IS HEREBY ORDERED** that defendants Mire Said, John Doe Driver, Jemal Abdella, John Doe Insurance Company #1 and John Doe Insurance Company #2 are **DISMISSED** from this action.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff is **GRANTED** additional time to serve Adil Suliman.

Dated this  2nd   day of September, 2009.

                                              /s/ Jean C. Hamilton
                                              UNITED STATES DISTRICT JUDGE